**UNITED STATES of America,**
**Appellee,**

v.

**Roberto HI–LOCORTOIS, also**
**known as Robert Garcia–**
**Garcia, Appellant.**

**No. 02–3580.**

United States Court of Appeals,
Eighth Circuit.

Submitted April 17, 2003.

Decided April 24, 2003.

Before MELLOY, FAGG, and SMITH,
Circuit Judges.

PER CURIAM.

Roberto Hi–Locortois pleaded guilty to
illegally reentering this country after de-
portation following an aggravated-felony
conviction, in violation of 8 U.S.C.
§ 1326(a) and (b)(2), and was sentenced to
57 months imprisonment and 3 years su-
pervised release. On appeal, he argues
that the district court[1] erred in finding two
prior sentences—one for a state drug con-
viction and one for a federal illegal-reentry
conviction—were not related for criminal-
history purposes under U.S.S.G.
§ 4A1.2(a)(2). Hi–Locortois asserts the
cases were consolidated for sentencing, see
U.S.S.G. § 4A1.2, comment. (n.3), because
the plea agreements for the two offenses
were inextricably linked.

The district court did not err in consid-
ering the sentences to be unrelated, and
thus counting them separately in comput-
ing Hi–Locortois's criminal history. There
was no formal order of consolidation, and
the proceedings occurred in different
courts having separate jurisdictions. See
*United States v. Nicholson,* 231 F.3d 445,
455–56 (8th Cir.2000), *cert. denied,* 532
U.S. 912, 121 S.Ct. 1244, 149 L.Ed.2d 151
(2001); *United States v. Watson,* 952 F.2d
982, 990–91 (8th Cir.1991).

Accordingly, we affirm.

1. The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.